[No. 16380-9-I.   Division One.   April 6, 1987.]

CASEY CULP, ET AL, *Respondents,* v. SAN JUAN POOL CORPORATION, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-2-09874-2, Patricia H. Aitken, J., entered April 22, 1985. *Affirmed in part, reversed in part,* and

*remanded* by unpublished opinion per Patrick, J. Pro Tem., concurred in by Durham and Nichols, JJ. Pro Tem.